# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MICHAEL L. SHIPLEY,**

    Plaintiff,

v.

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

Case No. 2:20-cv-955
**JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Chelsey M. Vascura

## OPINION AND ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on April 28, 2021. (ECF No. 29.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Court **DISMISSES** this action with prejudice under Federal Rule of Civil Procedure 41(b).

    **IT IS SO ORDERED.**

| | |
|---|---|
| **6/23/2021** | s/Edmund A. Sargus, Jr. |
| DATE | EDMUND A. SARGUS, JR. |
| | UNITED STATES DISTRICT JUDGE |